GREGORY G. ISKANDER, Bar No. 200215
giskander@littler.com
WILLIAM J. Kim, Bar No. 336837
wkim@littler.com
LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California  94597
Telephone:    925.932.2468
Fax No.:         925.946.9809

Attorneys for Defendant
GONSALVES & SANTUCCI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER N. RODRIGUEZ, an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GONSALVES & SANTUCCI, INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  3:21-cv-07874-LB<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FED. R CIV. P. 12(b)(6)**<br><br>Hearing Date:     December 9, 2021<br>Time:                    9:30 a.m.<br>Judge                    Hon. Laurel Beeler<br>Location:              Via Zoom<br>Webinar ID:        161 469 8626<br>Password:            546984 |

**TO THE COURT, PLAINTIFF ELMER N. RODRIGUEZ, AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Evidence 201(b), Defendant Gonsalves & Santucci, Inc. ("G&S" or "Defendant") requests that the Court take judicial notice of the following documents in support of its Motion to Dismiss:

**I.   REQUEST FOR JUDICIAL NOTICE**

1. The collective bargaining agreement entitled "Agreement Iron Worker Employers State of California and a Portion of Nevada And District Council of Iron Workers of the State of California and Vicinity July 1, 2017 and June 30, 2020."  A true and correct copy of which is attached

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS

to as Exhibit A (also attached to the Declaration of Jessica Fraser at Dkt # 3-1).

2. The collective bargaining agreement entitled "Agreement Iron Worker Employers State of California and a Portion of Nevada And District Council of Iron Workers of the State of California and Vicinity July 1, 2020 and December 31, 2024." A true and correct copy of which is attached to as Exhibit B (also attached to the Declaration of Jessica Fraser at Dkt # 3-2).

3. The "Frequently Asked Questions" regarding the California Field Iron Worker Vacation Trust Fund and "Summary Annual Report For Plan Year Ended May 31, 2010", publicly available at http://www.ironworkerbenny.com/memberservices/vacation.html (last accessed November 4, 2021). A true and correct copy of which is attached as Exhibit C.

## II.  LEGAL DISCUSSION

Defendant respectfully requests the Court take judicial notice of these documents pursuant to Federal Rule of Evidence 201(b), which allows the Court to take notice of adjudicative facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

In resolving a Rule 12(b) motion, the court can consider (without converting the motion to a summary judgment): (a) the complaint and answer; (b) any documents attached to or mentioned in the pleadings; (c) documents not attached but "integral" to the claims; and (d) matters subject to judicial notice. *See Davis v. HSBC Bank Nevada, N.A.*, 691 F3d 1152, 1159-1160 (9th Cir. 2012); *Coto Settlement v. Eisenberg*, 593 F3d 1031, 103 8 (9th Cir. 2010). Documents not attached to the complaint may be considered if their authenticity is not contested and the resolution of the operative complaint depends on such documents. *Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001); *See also United States v. Corinthian Colleges,* 655 F3d 984, 999 (9th Cir. 2011).

The Court may take "judicial notice of the governing collective bargaining agreement where necessary to resolve issues of preemption." *Johnson v. Sky Chefs, Inc.*, 2012 WL 4483225, at *1 n.1 (N.D. Cal. Sept. 27, 2012); *see also Busey v. P.W. Supermarkets, Inc.,* 368 F.Supp.2d 1045, 1049-50 (N.D. Cal. 2005) (granting judicial notice of a collective bargaining agreement in support of a motion to dismiss due to Labor Management Relations Act section 301 preemption, where plaintiff failed to plead the existence of the agreement but it related to the allegations in the complaint). *Jones v. AT&T*,

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

2

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS

2008 WL 902292, at *2 (N.D. Cal. Mar. 31, 2008 (courts may take judicial notice of a collective bargaining agreement in evaluating a motion to dismiss because they are materials "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned").

G&S respectfully requests that the Court take judicial notice of the documents described above, as they are records capable of accurate and ready determination and directly related to the issues raised by G&S's motion to dismiss.

Dated: November 4, 2021               LITTLER MENDELSON P.C.


                                      */s/ William J. Kim*
                                      Gregory G. Iskander
                                      William J. Kim

                                      Attorneys for Defendant
                                      GONSALVES & SANTUCCI, INC.

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

3

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS