1  GREGORY G. ISKANDER, Bar No. 200215
   giskander@littler.com
2  WILLIAM J. KIM, Bar No. 336837
   wkim@littler.com
3  LITTLER MENDELSON P.C.
   Treat Towers
4  1255 Treat Boulevard, Suite 600
   Walnut Creek, California 94597
5  Telephone:   925.932.2468
   Fax No.:     925.946.9809
6
7  Attorneys for Defendant
   GONSALVES & SANTUCCI, INC.
8
9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       (SAN FRANCISCO DIVISION)

12
   | ELMER N. RODRIGUEZ, an individual and on behalf of all others similarly situated, | Case No. 3:21-cv-07874-LB |
   |---|---|
   | Plaintiffs, | **NOTICE OF ERRATA RE: DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |
   | v. | |
   | GONSALVES & SANTUCCI, INC., a California corporation; and DOES 1 through 100, inclusive, | |
   | Defendants. | |

19                        **NOTICE OF ERRATA**

20 **TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN**

21 **DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

22         Please take notice that in the Notice of Motion & Motion to Dismiss Pursuant to Fed. R. Civ.

23 P. 12(b)(6); Memorandum of Points and Authorities in Support ("Motion to Dismiss"), filed by

24 Defendant Gonsalves & Santucci, Inc. on November 4, 2021, ECF Docket No. 13, there was an error

25 and the Table of Authorities was mistakenly omitted.

26         The corrected version contains these corrections on pages 1 through 3. A corrected copy of

27 the Motion to Dismiss is being filed herewith as **Exhibit A**. No changes have been made to the

28

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

NOTICE OF ERRATA

1  Motion to Dismiss (ECF Docket No. 13) apart from adding the Table of Authorities on pages 1
2  through 3.

Dated: November 19, 2021              LITTLER MENDELSON P.C.

*s/ William J. Kim*
Gregory G. Iskander
William J. Kim

Attorneys for Defendant
GONSALVES & SANTUCCI, INC.

4859-5156-0708.1 / 083100-1007

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

2
NOTICE OF ERRATA