UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ELMER N RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>GONSALVES & SANTUCCI, INC.,<br><br>Defendant. | Case No. 21-cv-07874-LB<br><br>**JUDGMENT** |

On April 5, 2022, the court granted the defendant's motion to dismiss plaintiff's first amended complaint. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendant and against the plaintiff. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: April 5, 2022

LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 21-cv-07874-LB